The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD L. WENDT REVOCABLE LIVING TRUST dated March 8, 1995, by Trustee Roderick Wendt,<br><br>Plaintiff,<br><br>v.<br><br>CHURCHILL & COMPANY2 LLC, a Washington limited liability corporation,<br><br>Defendant. | No. 3:23-cv-05359-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING DISCOVERY DEADLINES**<br><br>Note on Motion Calendar:<br>**June 20, 2024** |

Plaintiff the Richard L. Wendt Revocable Living Trust dated March 8, 1995, by Trustee Roderick Wendt ("the Trust") and Defendant Churchill & Company2 LLC ("Churchill") (the Trust and Churchill collectively, "the Parties") jointly request that the Court extend two discovery deadlines by approximately one month. The Parties anticipate that this extension will permit them to complete certain discovery that will enhance the prospects for productive settlement discussions. At this time, the Parties are not requesting a continuance of the trial date or other pre-trial deadlines as established in the Order Setting Trial Dates & Related Dates (Dkt. No. 20).

The Parties request that the deadline for motions related to discovery, now set for June 21, 2024, be extended to July 22, 2024.



| | |
|---|---|
| 1 | The Parties request that the discovery completion deadline, now set for July 22, 2024, |
| 2 | be extended to August 23, 2024. |
| 3 | |
| 4 | DATED: June 20, 2024. |

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jroller@aretelaw.com

*Attorneys for Plaintiff Richard L. Wendt Revocable Living Trust*

**SELBY MORGAN & BORN, PLLC**

By: */s/ L. Clay Selby*
L. Clay Selby, WSBA No. 26049
Stuart C. Morgan, WSBA No. 26368
1019 Regents Blvd., Suite 103
Fircrest, Washington 98466-6037
Phone: (253) 446-8610
Fax:    (253) 327-1700
clay@smb-lawyers.com
stu@smb-lawyers.com

*Attorneys for Defendant Churchill & Company2 LLC*

STIPULATED MOTION AND [PROPOSED]
ORDER REGARDING DISCOVERY DEADLINES
No. 3:23-cv-05359-JLR - Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**[PROPOSED] ORDER**

IT IS SO ORDERED. The deadline for motions related to discovery is extended to July 22, 2024. The deadline for completion of discovery is extended to August 23, 2024. The trial date and other pre-trial deadlines remain as set in the Order Setting Trial Dates & Related Dates (Dkt. No. 20).

DATED: June 21, 2024

_____
Hon. James L. Robart
United States District Judge

STIPULATED MOTION AND [PROPOSED]
ORDER REGARDING DISCOVERY DEADLINES
No. 3:23-cv-05359-JLR - Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250