1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD L. WENDT REVOCABLE
LIVING TRUST dated March 8, 1995, by
Trustee Roderick Wendt,

                                    Plaintiffs,

        vs.

CHURCHILL & COMPANY2 LLC, a
Washington limited liability corporation,

                                    Defendant.

NO. 3:23-cv-05359-JLR

STIPULATED MOTION AND
[PROPOSED] ORDER REGARDING
DISCOVERY DEADLINES

Note on Motion Calendar:
July 19, 2024

Plaintiff the Richard L. Wendt Revocable Living Trust dated March 8, 1995, by Trustee Roderick Wendt ("the Trust") and Defendant Churchill & Company2 LLC ("Churchill") (the Trust and Churchill collectively, "the Parties") jointly request that the Court extend one discovery deadline by approximately two weeks.  The Parties anticipate that this extension will permit them to resolve outstanding discovery issues without need for motion practice. At this time, the Parties are not requesting a continuance of the trial date or other pre-trial deadlines as established in the Order Setting Trial Dates & Related Dates (Dkt. No. 20).

The Parties request that the deadline for motions related to discovery now set for July 22, 2024, be extended to August 5, 2024.

STIPULATED MOTION AND ORDER EXTENDING
DISCOVERY DEADLINE - 1
NO. 3:23-cv-05359-JLR

SELBY MORGAN & BORN, PLLC
1019 Regents Blvd., Suite 103
Fircrest, WA  98466
Phone:  (253) 446-8610
Facsimile:  (253) 327-1700

1

DATED: July 19, 2024.

2

3

**ARETE LAW GROUP PLLC**

**SELBY MORGAN & BORN, PLLC**

4

By: _____*s/ Jeremy E. Roller*_____

Jeremy E. Roller, WSBA No. 32021

5

1218 Third Avenue, Suite 2100

Seattle, WA 98101

6

Phone:   (206) 428-3250

Fax:       (206) 428-3251

7

jroller@aretelaw.com

8

*Attorneys for Plaintiff Richard L. Wendt Revocable Living Trust*

9

By: _____*s/ L. Clay Selby*_____

L. Clay Selby, WSBA No. 26049

Stuart C. Morgan, WSBA No. 26368

1019 Regents Blvd., Suite 103

Fircrest, Washington 98466-6037

Phone: (253) 446-8610

Fax:       (253) 327-1700

clay@smb-lawyers.com

stu@smb-lawyers.com

*Attorneys for Defendant Churchill & Company2 LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SELBY MORGAN & BORN, PLLC
1019 Regents Blvd., Suite 103
Fircrest, WA  98466
Phone:  (253) 446-8610
Facsimile:  (253) 327-1700

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.  The deadline for motions related to discovery is extended to August 5, 2024.

DATED:  July 19, 2024

_____

Hon. James L. Robart
United States District Judge

SELBY MORGAN & BORN, PLLC
1019 Regents Blvd., Suite 103
Fircrest, WA  98466
Phone:  (253) 446-8610
Facsimile:  (253) 327-1700