The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD L. WENDT REVOCABLE LIVING TRUST dated March 8, 1995, by Trustee Roderick Wendt,<br><br>Plaintiff,<br><br>v.<br><br>CHURCHILL & COMPANY2 LLC, a Washington limited liability corporation,<br><br>Defendant. | No. 3:23-cv-05359-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING DEADLINE FOR MOTIONS RELATED TO DISCOVERY**<br><br>Note on Motion Calendar:<br>**July 31, 2024** |

Plaintiff the Richard L. Wendt Revocable Living Trust dated March 8, 1995, by Trustee Roderick Wendt ("the Trust") and Defendant Churchill & Company2 LLC ("Churchill") (the Trust and Churchill collectively, "the Parties") jointly request that the Court grant a short extension of the deadline for motions related to discovery. The Parties have had productive discussions relating to discovery issues, but some issues remain unresolved. The Parties do not wish to burden the Court with motions on issues that may soon be resolved. At this time, the Parties are not requesting a continuance of the trial date or other pre-trial deadlines as established in the Order Setting Trial Dates & Related Dates (Dkt. No. 20).

STIPULATED MOTION AND [PROPOSED] ORDER RE: DEADLINE FOR MOTIONS RELATED TO DISCOVERY
No. 3:23-cv-05359-JLR - Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1  The Parties request that the deadline for motions related to discovery, now set for
2  August 5, 2024, be extended to August 15, 2024.

4  DATED: July 31, 2024.

| **ARETE LAW GROUP PLLC** | **SELBY MORGAN & BORN, PLLC** |
|---|---|
| By: */s/ Jeremy E. Roller* <br> Jeremy E. Roller, WSBA No. 32021 <br> 1218 Third Avenue, Suite 2100 <br> Seattle, WA 98101 <br> Phone: (206) 428-3250 <br> Fax:    (206) 428-3251 <br> jroller@aretelaw.com <br><br> *Attorneys for Plaintiff Richard L. Wendt Revocable Living Trust* | By: */s/ L. Clay Selby* <br> L. Clay Selby, WSBA No. 26049 <br> Stuart C. Morgan, WSBA No. 26368 <br> 1019 Regents Blvd., Suite 103 <br> Fircrest, Washington 98466-6037 <br> Phone: (253) 446-8610 <br> Fax:    (253) 327-1700 <br> clay@smb-lawyers.com <br> stu@smb-lawyers.com <br><br> *Attorneys for Defendant Churchill & Company2 LLC* |

STIPULATED MOTION AND [PROPOSED] ORDER RE:
DEADLINE FOR MOTIONS RELATED TO DISCOVERY
No. 3:23-cv-05359-JLR - Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED. The deadline for motions related to discovery is extended to August 15, 2024. The trial date and other pre-trial deadlines remain as set in the Order Setting Trial Dates & Related Dates (Dkt. No. 20).

DATED: August 1, 2024

_____
Hon. James L. Robart
United States District Judge

STIPULATED MOTION AND [~~PROPOSED~~] ORDER RE:
DEADLINE FOR MOTIONS RELATED TO DISCOVERY
No. 3:23-cv-05359-JLR - Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250