UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD L. WENDT REVOCABLE LIVING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CHURCHILL & COMPANY2 LLC,<br><br>Defendant. | CASE NO. C23-5359JLR<br><br>ORDER |

On August 14, 2024, the parties filed a stipulated motion seeking a one-week extension of two discovery-related deadlines. (Stip. Mot. (Dkt. # 30).) Specifically, they "request that the deadline for motions related to discovery now set for August 15, 2024, be extended to August 22, 2024, and that the discovery completion deadline, currently scheduled for August 23, 2024, be extended to August 30, 2024." (*Id*. at 2.) The parties, however, "are not requesting a continuance of the trial date or other pre-trial deadlines" "[a]t this time." (*Id.* at 1.) Dispositive motions are currently due by no later than August

ORDER - 1

20, 2024, and a bench trial is scheduled to begin on November 18, 2024. (Sched. Order (Dkt. # 20) at 1.)

The court declines to extend discovery-related deadlines beyond the current dispositive motions deadline. Accordingly, the parties' stipulated motion (Dkt. # 30) is DENIED without prejudice. The parties may file a renewed motion seeking an extension of all remaining pre-trial deadlines and the trial date.

Dated this 15th day of August, 2024.

JAMES L. ROBART
United States District Judge