THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD L. WENDT REVOCABLE LIVING TRUST dated March 8, 1995, by Trustee Roderick Wendt,<br><br>                    Plaintiffs,<br><br>   vs.<br><br>CHURCHILL & COMPANY2 LLC, a Washington limited liability corporation,<br><br>                    Defendant. | NO. 3:23-cv-05359-JLR<br><br>STIPULATED MOTION AND [P~~ROPOSE~~D] ORDER REGARDING OVERLENGTH BRIEF<br><br>Note on Motion Calendar:<br>September 12, 2024 |

Defendant Churchill & Company2, LLC, ("Churchill") and Plaintiff the Richard L. Wendt Revocable Living Trust dated March 8, 1995, by Trustee Roderick Wendt ("the Trust") (Churchill and the Trust collectively, "the Parties") jointly request that the Court accept the minor increase in length of Defendant's Opposition to Motion for Partial Summary Judgment. Dkt. No. 36. The Parties have conferred, and the Trust has agreed that a brief exceeding the standard word limit by a small amount is acceptable.

Defendant timely filed its Opposition to Motion for Partial Summary Judgment on September 10, 2024. Dkt. No. 36. Following its filing, the Trust notified Defendant that Defendant's brief exceeded the word limit under LCR 7(e). At the time of filing, Defendant's

STIPULATED MOTION AND ORDER REGARDING
DISCOVERY DEADLINES - 1

NO. 3:23-cv-05359-JLR

SELBY MORGAN & BORN, PLLC
1019 Regents Blvd., Suite 103
Fircrest, WA  98466
Phone:  (253) 446-8610
Facsimile:  (253) 327-1700

Opposition was 8,747 words, which exceeds the 8,400-word limit by 347 words.  Given the Trust's agreement to the current length of the Opposition, the Parties respectfully request an extension of the word count for this Opposition to Motion for Partial Summary Judgment to accommodate the additional 347 words that exceed the limit.

DATED:  September 12, 2024.

| **ARETE LAW GROUP PLLC** | **SELBY MORGAN & BORN, PLLC** |
|---|---|
| By:   *s/ Jeremy E. Roller*<br>Jeremy E. Roller, WSBA No. 32021<br>1218 Third Avenue, Suite 2100<br>Seattle, WA 98101<br>Phone:  (206) 428-3250<br>Fax:      (206) 428-3251<br>jroller@aretelaw.com<br><br>*Attorneys for Plaintiff Richard L. Wendt Revocable Living Trust* | By:   *s/ Stuart C. Morgan*<br>L. Clay Selby, WSBA No. 26049<br>Stuart C. Morgan, WSBA No. 26368<br>1019 Regents Blvd., Suite 103<br>Fircrest, Washington 98466-6037<br>Phone: (253) 446-8610<br>Fax:     (253) 327-1700<br>clay@smb-lawyers.com<br>stu@smb-lawyers.com<br><br>*Attorneys for Defendant Churchill & Company2 LLC* |

STIPULATED MOTION AND ORDER REGARDING DISCOVERY DEADLINES - 2

NO. 3:23-cv-05359-JLR

SELBY MORGAN & BORN, PLLC
1019 Regents Blvd., Suite 103
Fircrest, WA  98466
Phone:  (253) 446-8610
Facsimile:  (253) 327-1700

**[PROPOSED] ORDER**

IT IS SO ORDERED. The word count limit for the Opposition to Motion for Partial Summary Judgment (Dkt. No. 36) filed by Churchill and Company2, LLC, is extended to include the additional 347 words that exceed the limit as set forth in LCR 7(e).

DATED: September 12, 2024

_____
Hon. James L. Robart
United States District Judge

STIPULATED MOTION AND ORDER REGARDING
DISCOVERY DEADLINES - 3

NO. 3:23-cv-05359-JLR

SELBY MORGAN & BORN, PLLC
1019 Regents Blvd., Suite 103
Fircrest, WA  98466
Phone:  (253) 446-8610
Facsimile:  (253) 327-1700