UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD L. WENDT REVOCABLE LIVING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CHURCHILL & COMPANY2 LLC,<br><br>Defendant. | CASE NO. C23-5359JLR<br><br>NOTICE OF FINANCIAL INTEREST |

While reviewing the parties' briefing on the pending motion for partial summary judgment, the undersigned became aware that between 2015 and 2022, non-party Pelican Capital, LLC ("Pelican"), the subject of the parties' dispute, was engaged in business dealings with and filed an arbitration against non-parties Builders Capital, Builders Capital Investment, Inc., and Builders Capital Opportunity Fund, LLC.  (*See* MSJ (Dkt. # 32) at 7-9.)  The court gives the parties notice that the undersigned was an investor in

ORDER - 1

Builders Capital Opportunity Fund, LLC beginning in 2019 until May 2024. He no longer has any financial interest in any Builders Capital entity.

Canon 3C(1)(c) of the Code of Conduct for United States Judges provides:

> A judge shall disqualify himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned, including but not limited to instances in which . . . the judge knows that the judge, individually or as a fiduciary, or the judge's spouse or minor child residing in the judge's household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be affected substantially by the outcome of the proceeding.

In the undersigned's view, this past investment in a non-party does not warrant disqualification because the undersigned no longer has any interest that could be affected by the outcome of these proceedings. The parties, however, may disagree with this opinion. Therefore, the court ORDERS the parties to respond to this notice, by no later than **October 11, 2024**, with their positions on whether the undersigned is required to recuse from these proceedings based on his past interest in Builders Capital Opportunity Fund, LLC.

Dated this 4th day of October, 2024.

JAMES L. ROBART
United States District Judge